1  Michael J. McCue (NV Bar No. 6055)
   MMccue@LRLaw.com
2  Jonathan W. Fountain (NV Bar No. 10351)
   JFountain@LRLaw.com
3  LEWIS AND ROCA LLP
   3993 Howard Hughes Parkway, Suite 600
4  Las Vegas, NV  89169-5996
   Telephone:  (702) 949-8200
5  Facsimile:   (702) 949-8398

6  Attorneys for Plaintiffs
   Market Watch Franchise & Consulting, Inc.,
7  DJoyDevelopment, and Roman F. Zerga

8

9              **UNITED STATES DISTRICT COURT**

10                    **DISTRICT OF NEVADA**

11 | MARKET WATCH FRANCISE & CONSULTING, INC., a Nevada corporation, DJOYDEVELOPMENT, a Nevada corporation, and ROMAN F. ZERGA, | Case No. 2:13-cv-00866-JCM-VCF |

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS**

Plaintiffs,

vs.

OLICITY, LLC, a Nevada limited liability company, MALENE HEBJOERN, an individual, and KIM FREDERIKSEN, an individual,

Defendants.

---

# STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Market Watch Franchise & Consulting, Inc. ("Market Watch"), DJoyDevelopment ("DJOY"), and Roman F. Zerga ("Mr. Zerga") (together the "Plaintiffs"), on the one hand, and Defendants Olicity, LLC ("Olicity"), Malene Hebjoern ("Ms. Hebjoern"), and Kim Frederiksen ("Mr. Frederiksen") (together the "Defendants") on the other hand, by and through their respective counsel of record, hereby agree and stipulate to dismiss this action in its entirety with prejudice and without attorneys' fees or costs awarded to any party.

**IT IS SO AGREED AND STIPULATED:**

| LEWIS AND ROCA, LLP | LAW OFFICES OF MARC RISMAN |
|---|---|
| By: /s/ Jonathan W. Fountain <br> Michael J. McCue <br> Jonathan W. Fountain <br> 3993 Howard Hughes Parkway <br> Suite 600 <br> Las Vegas, NV  89169-5996 <br> Telephone:  (702) 949-8200 <br> Facsimile:  (702) 949-8398 | By: /s/ Marcus D. Risman <br> Marcus D. Risman <br> 10120 S. Eastern Ave. <br> Suite 206 <br> Henderson, NV  89052 <br> Telephone:  (702) 388-8100 <br> Facsimile:  (702) 388-0691 |
| Attorneys for Plaintiffs <br> Market Watch Franchise & Consulting, Inc., DJoyDevelopment, and Roman F. Zerga | Attorneys for Defendants <br> Olicity, LLC, Malene Hebjoern, and Kim Frederiksen |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: September 30, 2013